Jamal O. FARAH, Petitioner,

v.

Alberto R. GONZALES,\* Attorney General, Respondent.

No. 03–71776.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 15, 2005.

Decided March 8, 2005.

Frank M. Tse, Law Office of Frank M.K. Tse, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, San Francisco, CA, William C. Peachey, DOJ—U.S. Department of Justice, Washington, DC, for Respondent.

Before: KOZINSKI and TROTT, Circuit Judges, and SAND,\*\* Senior Judge.

MEMORANDUM \*\*\*

Petitioner Jamal Farah challenges the Board of Immigration Appeal's affirmance without opinion of the immigration judge's adverse credibility finding and denial of asylum relief, withholding of removal, and protection under the Convention Against

---

Torture. Farah's claims fail because substantial evidence supports the immigration judge's determination that Farah was not credible. *See Farah v. Ashcroft,* 348 F.3d 1153, 1156 (9th Cir.2003) (explaining the standard for reviewing credibility findings).

PETITION DENIED.

---

\* The panel amends the caption to reflect that the Attorney General is the proper respondent and directs the Clerk to amend the docket accordingly. *See Ali v. Ashcroft,* 346 F.3d 873, 888 (9th Cir.2003). The panel also substitutes Alberto Gonzales for his predecessor, John Ashcroft, as Attorney General of the United States. *See* Fed. R.App. P. 43(c)(2).

\*\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.